# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESPEDITO REALTY, LLC,<br>　　　Plaintiff<br><br>　　　v.<br><br>NATIONAL FIRE INSURANCE COMPANY<br>OF HARTFORD,<br>　　　Defendant | )<br>)<br>) **C. A. NO.** 3:10-cv-30039 -MAP<br>)<br>)<br>)<br>)<br>) |

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

　**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant National Fire Insurance of Hartford, against the plaintiff, Espedito Realty, LLC, pursuant to the court's memorandum and order entered this date, granting the defendant's motion for summary judgment.

　　　　　　　　　　　　　　　　　　　　**ROBERT M. FARRELL**,
　　　　　　　　　　　　　　　　　　　　Acting CLERK OF COURT

Dated: March 29, 2013　　　　　　　　By /s/ *Maurice G. Lindsay*
　　　　　　　　　　　　　　　　　　　　Maurice G. Lindsay
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

(Civil Judgment (Routine) 5.wpd - 11/98)
　[jgm.]